AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| DOCKET NO<br>16CV06750DSF (PJWx) | DATE FILED<br>September 8, 2016 | |
| PLAINTIFF<br>CALI RAISED LED, a California sole proprietorship, BLAKE HAMAR, an individual | | DEFENDANT<br>MAMA RAGO, a California limited liability company d/b/a RAGO FABRICATION; MELISSA RAGO, an individual; MARIO RAGO, an individual, and DOES 1-20, inclusive |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 Case No. 1-3975450641 | www.caliraisedled.com | Blake Hamar |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order ☐ Judgment | ☒ Yes ☐ No | 10/19/2016 |
| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>Charles A. Rojas | DATE<br>12/8/2016 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

American LegalNet, Inc.
www.USCourtForms.com

SEDGWICK LLP
CAROLINE H. MANKEY (Bar No. 187302)
*caroline.mankey@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone: 213.426.6900
Facsimile: 877.547.6580

Attorneys for Plaintiffs
Cali Raised LED and Blake Hamar

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CALI RAISED LED, a California sole proprietorship, BLAKE HAMAR, an individual,

Plaintiffs,

v.

MAMA RAGO LLC, a California limited liability company d/b/a RAGO FABRICATION; MELISSA RAGO, an individual; MARIO RAGO, an individual; and DOES 1-20, inclusive,

Defendants.

Case No. 2:16-cv-06750-DSF-PJW

**DISMISSALOF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiffs Cali Raised LED and Blake Hamar hereby dismiss their entire action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 19, 2016

SEDGWICK LLP

By: */s/ Caroline H. Mankey*
Caroline H. Mankey
Attorneys for Plaintiffs
CALI RAISED LED and BLAKE HAMAR

Sedgwick LLP